UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROGER W. TRULL, | No.  CV-10-0430-CI |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. 405(g) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 18.)  Attorney Jeffrey Schwab represents Roger Trull; Special Assistant United States Attorney Richard Rodriguez represents Defendant.  The parties have consented to proceed before a magistrate judge. (ECF No. 6.) After considering the Stipulation of the parties,

**IT IS ORDERED:**

1.   The parties' stipulated Motion to Remand **(ECF No. 18)** is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) shall (1) with the assistance of a medical expert in either psychiatry or psychology, further evaluate and consider all of Plaintiff's mental impairments

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

including depression, determine whether hey are severe, and whether all of Plaintiff's impairments, mental and physical, in combination are severe; (2) reconsider Plaintiff's residual functional capacity in the light of the expanded record pursuant to SSR 96-8p; and (3) if necessary, consult with a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base and determine whether Plaintiff can adjust to other work that exists in significant numbers in the national economy, as he has no past relevant work as determined by the ALJ.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment (**ECF No. 13**) is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED October 27, 2011.

                        S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2